UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>SOULEYMANE BALDE,<br><br>                              Defendant. | 20 Cr. 281 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for Mr. Balde's arraignment on the Indictment in this matter on **June 10, 2020, at 2:00 p.m.** The hearing will proceed via video conference, with audio access as follows: Dial-in (917) 933-2166, Conference ID: 732301668. The parties who will be participating by video will be provided a link in advance of the conference.

SO ORDERED.

Dated:  June 9, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge