UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>SOULEYMANE BALDE,<br><br>                            Defendant. | 20 Cr. 281 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Balde's letter motion requesting access to the records and papers used in connection with the constitution of the Master and Qualified Jury Wheels in the United States District Court for the Southern District of New York.  (Dkt. #14).  The Government is hereby ORDERED to respond to this motion on or before **June 17, 2020**.  Balde's reply, if any, shall be due **June 19, 2020**.

SO ORDERED.

Dated:  June 10, 2020
           New York, New York

                                                          _____
                                                           KATHERINE POLK FAILLA
                                                           United States District Judge