UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v.-<br><br>SOULEYMANE BALDE,<br><br>            Defendant. | 20 Cr. 281 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 16, 2020, the Court scheduled a call with Linda Thomas, the Jury Administrator for the Southern District of New York, to take place on June 30, 2020. (Dkt. #21). The Court then received letters from the Government (Dkt. #22, 24), and Mr. Balde (Dkt. #23), proposing a structure for the call and a list of questions and topics to be discussed with Ms. Thomas. The Court believes that the questions and discussion topics identified in these letters are comprehensive, and does not anticipate additional questions or discussion topics for the Jury Administrator. Any defense counsel planning to participate in the call who believes that additional questions are warranted is directed to submit those questions to the Court by email at failla_nysdchambers@nysd.uscourts.gov by **June 30, 2020 at 9:00 a.m.**

    SO ORDERED.

Dated:   June 29, 2020
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge