**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

July 30, 2020

BY ECF
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Souleymane Balde
      20 Cr. 281 (KPF)

Dear Judge Failla,

    I respectfully write on behalf of my client, Souleymane Balde, to request that Mr. Balde be given permission, on Friday, July 31st, to attend his local mosque, to celebrate the Muslim holiday Eid-Al-Adha. Mr. Balde will leave his residence just before 8AM, to travel to the mosque, and arrive back home by 2PM. Mr. Balde will attend services at his local mosque, Futa Islamic Center, located at 3400 3rd Avenue, Bronx, New York, 100456. Both Pre-Trial Services (PTS) and the Government have no objection to this request.

    On May 5th, 2020, Your Honor ordered the following bail conditions for Mr. Balde: 1. Prior to his release, defendant must sign a personal recognizance bond in the amount of $75,000, to be co-signed by two financially responsible persons. 2. Defendant is subject to strict Pretrial supervision. Over the last 3 months, Mr. Balde has obeyed all the rules set forth by his PTS officer, Bernisa Mejia.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender

cc:   All counsel on record (ECF)
      Bernisa Mejia (PTSO)

```
Application GRANTED.


Dated:  July 30, 2020
        New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE