UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>SOULEYMANE BALDE,<br><br>                    Defendant. | 20 Cr. 281 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The motion hearing scheduled for August 5, 2020 is hereby ADJOURNED to **August 19, 2020, at 12:00 p.m.** The hearing will be held telephonically. The dial-in information is as follows: At 12:00 p.m. on August 19, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 12:00 p.m.

SO ORDERED.

Dated: August 4, 2020
       New York, New York

                                        _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge