**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**MEMO ENDORSED**

August 14, 2020

Hon. Katherine Polk Failla
United States District Judge
40 Foley Square
New York, New York 10007

Re:   United States v. Souleymane Balde
      20 Cr. 281 (KPF)

Dear Judge Failla,

    I write, with the consent of the government, to request a short adjournment of the next conference. The conference is currently scheduled for August 19, 2020 and I am not available that day. If convenient to the Court, all parties are available on August 20 and August 21. I would consent to the exclusion of time until whatever new date the Court sets.

    Thank you for your consideration of this request.

                                          Respectfully submitted,
                                          /s/
                                          Jennifer E. Willis
                                          Isaac Wheeler
                                          Assistant Federal Defender
                                          (212) 417-8743 / (917) 572-5792

Cc:   AUSA Christy Slavik

Application GRANTED. The Court has discussed the contemplated production with the Jury Administrator this afternoon, and expects that a production will be made in the first half of next week. Pursuant to the Court's Chamber's email conversation with counsel for the parties about rescheduling the conference, the conference scheduled for August 19, 2020 is hereby ADJOURNED to **August 27, 2020, at 12:00 p.m.**

That conference will proceed telephonically. The dial-in information is as follows: At 12:00 p.m. on August 27, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 12:00 p.m.

It is further ORDERED that time is excluded under the Speedy Trial Act between August 19, 2020, and August 27, 2020. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because such time will permit Mr. Balde to review the requested records from the Jury Administrator with his expert and assess whether to file a motion in this case.

Dated: August 14, 2020
      New York, NEw York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE