UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

SOULEYMANE BALDE,

Defendant.

20 Cr. 281 (KPF)

**SCHEDULING ORDER**

KATHERINE POLK FAILLA, District Judge:

Pursuant to the Court's Chamber's email conversation with counsel for the parties, the parties are hereby ORDERED to appear for a conference on **September 1, 2020, at 10:00 a.m.** The dial-in information is as follows: At 10:00 a.m. on September 1, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 10:00 a.m.

SO ORDERED.

Dated: August 31, 2020
       New York, New York

KATHERINE POLK FAILLA
United States District Judge