**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 12, 2020

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Souleymane Balde**
      **20 Cr. 281 (KPF)**

Dear Judge Failla,

    I respectfully write on behalf of my client, Souleymane Balde, to request that Mr. Balde's bail conditions be changed from home incarceration to home detention. Last week, Mr. Balde received his Employment Authorization Card. With this in hand, Mr. Balde hopes to find work, so he can contribute to the rent and other household bills. He already has job prospects as a taxi driver, a job he held before the onset of this case. Mr. Balde will abide by the geographical restrictions set as part of his bail conditions, and work strict hours, which he will communicate with his Pre-Trial Services (PTS) Officer, Bernisa Mejia. The government and PTS do not take a position with regard to this modification.

    On May 5th, 2020, the following bail conditions were set for for Mr. Balde: 1. Prior to his release, defendant must sign a personal recognizance bond in the amount of $75,000, to be co-signed by two financially responsible persons. 2. Defendant is subject to strict Pretrial supervision. Over the last several months, Mr. Balde has obeyed all the rules set forth by Ms. Mejia, and stayed in constant communication with her.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender

cc:   All counsel on record (ECF)
      Bernisa Mejia (PTSO)

The Court has spoken with Pretrial Services Officer Mejia, and understands that Mr. Balde has been compliant with his conditions of pretrial release. In light of this compliance, the Court GRANTS Mr. Balde's request for modification of his bail conditions from home incarceration to home detention so that he may seek and obtain employment.  The Court reminds Mr. Balde, however, that prospective employment opportunities would have to be approved by Pretrial Services and/or the Court, and that non-stationary employment, such as driving a taxi, would not be approved because of the difficulties with monitoring Mr. Balde.

Dated: New York, New York
       November 13, 2020

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE