UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SOULEYMANE BALDE,<br><br>Defendant. | 20 Cr. 281 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a conference on **April 19, 2021, at 3:00 p.m.**  The Court will determine closer to the conference date whether the conference will proceed remotely or in person.  It is further ORDERED that time is excluded under the Speedy Trial Act through **April 19, 2021**.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit careful resolution of the Motion currently pending before the Court.

SO ORDERED.

Dated: March 8, 2021
       New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge