UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 281 (KPF) |
| SOULEYMANE BALDE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for April 19, 2021, is hereby ADJOURNED to **May 17, 2021, at 11:30 a.m.** The Court will determine closer to the conference date whether the conference will proceed remotely or in person.

SO ORDERED.

Dated: April 14, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge