# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

May 3, 2021

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Souleymane Balde**
      **20 Cr. 281 (KPF)**

Dear Judge Failla,

    I respectfully write on behalf of my client, Souleymane Balde, to request that Mr. Balde be given permission, during the next week, to attend funeral services for his late uncle. Mr. Balde's uncle, who served as a father figure in his life, passed away late last night at Montefiore Hospital. The entire family is devastated, and Mr. Balde hopes that he will be allowed to grieve this loss alongside his family. In addition to the funeral, which has not yet been scheduled, the family anticipates attending several preliminary events at their Mosque, located at 3400 3rd Avenue, Bronx, NY. Mr. Balde requests permission to attend activities connected with the funeral with consultation and approval from his pre-trial services (PTS) officer, Bernisa Mejia. The government has no objection and PTS consents to this modification.

    On May 5th, 2020, the following bail conditions were set for for Mr. Balde: 1. Prior to his release, defendant must sign a personal recognizance bond in the amount of $75,000, to be co-signed by two financially responsible persons. 2. Defendant is subject to strict Pretrial supervision. Subsequently, your honor modified Mr. Balde's bail to home detention, instead of home incarceration. Over the last several months, Mr. Balde has obeyed all the rules set forth by Ms. Mejia, and stayed in constant communication with her.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender

cc:   All counsel on record (ECF)
      Bernisa Mejia (PTSO)

Application GRANTED.  The Court sends its condolences to Mr. Balde and his family.

Dated: May 3, 2021  SO ORDERED.
       New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE