UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 20 Cr. 281 (KPF) |
| SOULEYMANE BALDE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for May 17, 2021, at 11:30 a.m. will proceed by telephone. At the specified date and time, the parties shall call (888) 363-4749 and enter access code 5123533#. Please note, the conference line will not be available before 11:30 a.m.

    SO ORDERED.

Dated: May 13, 2021
         New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge