UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SOULEYMANE BALDE,<br><br>　　　　　　　　　Defendant. | 20 Cr. 281 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　The parties are hereby ORDERED to appear for a telephonic conference at which the Court will resolve all outstanding motions *in limine* on **February 17, 2022, at 11:00 a.m.** At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

　　SO ORDERED.

Dated:　February 16, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　*Katherine Polk Failla*
　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge