UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SOULEYMANE BALDE,<br><br>Defendant. | 20 Cr. 281 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear on **February 22, 2022, at 7:00 p.m.**, for a telephonic conference at which the Court will resolve the Government's outstanding motion *in limine* (Dkt. #115). At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated: February 22, 2022
New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge