UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SOULEYMANE BALDE,<br><br>Defendant. | 20 Cr. 281 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 24, 2022, the Court granted Defendant Souleymane Balde's motion for a mistrial and ordered the parties to submit a proposed briefing schedule for Mr. Balde's anticipated motion following the mistrial. (*See* Minute Entry for February 24, 2022). The Court now adopts the parties' proposed briefing schedule, which was submitted to the Court earlier today. Mr. Balde shall file his motion on or before **March 7, 2022**, and the Government shall file its response on or before **March 14, 2022**.

SO ORDERED.

Dated:  February 28, 2022
        New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge