UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>SOULEYMANE BALDE,<br><br>                              Defendant. | 20 Cr. 281 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection. Due to recent protocol changes, jury selection will now take place in the assigned courtroom rather than in the Jury Assembly Room. The Clerk's Office anticipates that this shift will allow multiple juries to be selected on the same day, meaning that cases slotted in the first and second positions are both likely to receive a jury panel.

The Clerk's Office has notified the Court that this case has been placed on the jury trial list for **May 17, 2022**. The case is second on the list for jury trials for that day, so it is likely that the case will receive a jury panel on that date. The case must therefore be trial-ready for that date.

In light of the trial date in this matter, the Court hereby ADJOURNS the March 11, 2022 control date *sine die*. (*See* Minute Entry for February 24, 2022). The Court expects that the parties will adhere to the deadlines set forth in its February 28, 2022 Order (Dkt. #120), and anticipates addressing with

the parties the need for a pretrial briefing schedule and final pretrial conference following the Court's resolution of Mr. Balde's anticipated motion.

    SO ORDERED.

Dated:  March 4, 2022
          New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge