UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 281 (KPF) |
| SOULEYMANE BALDE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear on **April 20, 2022, at 11:30 a.m.**, for a telephonic conference at which the Court will resolve Defendant Souleymane Balde's pending motion to dismiss the indictment or, in the alternative, reconsider the Court's prior motion *in limine* ruling.  (Dkt. #122). At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated:  April 15, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge