UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SOULEYMANE BALDE,<br><br>Defendant. | 20 Cr. 281 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the trial in this matter currently scheduled to begin on May 17, 2022, is ADJOURNED to **January 9, 2023**, subject to courtroom availability. Additionally, in the event the parties wish to amend their previous pretrial submissions, the following schedule shall be in effect:

- Any supplemental motions *in limine* shall be due **December 7, 2022**;

- Any opposition papers to motions *in limine* shall be due **December 14, 2022**; and

- The final pretrial conference will be scheduled for **January 3, 2023, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

In the event that the parties do not submit any amended pretrial submissions, they may request an adjournment of the final pretrial conference.

It is further ORDERED that time is excluded under the Speedy Trial Act through **January 9, 2023**. The Court finds that the ends of justice served by

excluding such time outweigh the interests of the public and Mr. Balde in a speedy trial because it will permit the parties to prepare for trial.

    SO ORDERED.

Dated:  May 11, 2022
          New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge