UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

SOULEYMANE BALDE,

Defendant.

20 Cr. 281 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On July 22, 2022, Defendant Souleymane Balde filed a motion to dismiss the indictment on Second Amendment grounds. (Dkt. #137). The Government shall file its opposition brief, if any, on or before **August 22, 2022**. Mr. Balde shall file his reply brief, if any, on or before **September 5, 2022**.

SO ORDERED.

Dated:  July 25, 2022
        New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge