

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2022

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:     *United States v. Souleymane Balde*, 20 Cr. 281 (KPF)

Dear Judge Failla:

The Government writes in response to the Court's July 25, 2022 order (Dkt. No. 138) regarding the briefing schedule for the defendant's latest motion to dismiss the Indictment (Dkt. No. 137). The Government respectfully requests an additional two weeks to respond to the defendant's motion. The reason for the adjournment is to allow the undersigned with sufficient time to confer with other DOJ components as required when responding to the instant motion. The Government has conferred with defense counsel, and they have consented to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Camille L. Fletcher
Assistant United States Attorneys
(212) 637-2383

cc:     Counsel of Record (by ECF)

Application GRANTED.   The Government shall file its opposition brief on or before **September 6, 2022.**   Mr. Balde shall file his reply brief on or before **September 20, 2022.**

The Clerk of Court is directed to terminate the motion at docket entry 139.

Dated:  August 8, 2022          SO ORDERED.
        New York, New York

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE