UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SOULEYMANE BALDE,<br><br>                              Defendant. | 20 Cr. 281 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 2, 2022, the Court ordered the Government to produce "the portions of the operative grand jury transcript involving the Government's instructions of law on 18 U.S.C. § 922(g)(5)'s knowledge requirement" for the Court's *ex parte* review. (Dkt. #147).  Having received and reviewed the Government's submission, the Court finds no error in the Government's instruction as to the knowledge element.  Accordingly, Defendant's request for the transcript, (Dkt. #144), is DENIED.

SO ORDERED.

Dated:   December 7, 2022
            New York, New York

                                                      *Katherine Polk Failla*
                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge