# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

SOULEYMANE BALDE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 20-cr-00281-KPF-1

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Katherine Polk Failla_
Signature of Judge

Honorable Katherine Polk Failla,    U.S. District Judge
Name of Judge                       Title of Judge

1/17/2023
Date